# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| IN RE: RAYMOND G. PERELMAN CHARITABLE REMAINDER UNITRUST UNDER AGREEMENT OF TRUST DATED APRIL 25, 1996 | : No. 384 EAL 2015 <br> : <br> : <br> : <br> : Petition for Allowance of Appeal from <br> : the Order of the Superior Court <br> : |
| APPEAL OF: JEFFREY E. PERELMAN | : |
| IN RE: RAYMOND AND RUTH PERELMAN COMMUNITY FOUNDATION UNDER AGREEMENT OF TRUST DATED AUGUST 21, 1995, AS AMENDED | : No. 385 EAL 2015 <br> : <br> : <br> : Petition for Allowance of Appeal from <br> : the Order of the Superior Court <br> : <br> : <br> : |
| APPEAL OF: JEFFREY E. PERELMAN | : |
| IN RE: RAYMOND AND RUTH PERELMAN EDUCATION FOUNDATION UNDER AGRREMENT OF TRUST DATED AUGUST 21, 1995, AS AMENDED | : No. 386 EAL 2015 <br> : <br> : <br> : Petition for Allowance of Appeal from <br> : the Order of the Superior Court <br> : <br> : <br> : |
| APPEAL OF: JEFFREY E. PERELMAN | : |
| IN RE: RAYMOND AND RUTH PERELMAN JUDAICA FOUNDATION UNDER AGREEMENT OF TRUST DATED AUGUST 21, 1995, AS AMENDED | : No. 387 EAL 2015 <br> : <br> : <br> : Petition for Allowance of Appeal from <br> : the Order of the Superior Court <br> : <br> : <br> : |
| APPEAL OF: JEFFREY E. PERELMAN | : |
| IN RE: RAYMOND AND RUTH PERELMAN FAMILY CHARITABLE FOUNDATION UNDER AGREEMENT OF TRUST DATED APRIL 25, 1996, AS AMENDED | : No. 388 EAL 2015 <br> : <br> : <br> : Petition for Allowance of Appeal from <br> : the Order of the Superior Court <br> : <br> : |

APPEAL OF: JEFFREY E. PERELMAN     :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Messrs. Justice Eakin and Wecht did not participate in the decision of this matter.